**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6802**

―――――――――

EARL SAND,

Plaintiff - Appellant,

versus

OFFICER STEELE; L. RICKS, Corrections Officer;
S. HICKS, Corrections Officer; B. DIXON,
Corrections Officer; MS. DARLING, Corrections
Officer; B. T. MOHEAD, Disciplinary Hearing
Officer; R. ANGELONE, Director Department of
Corrections; S. JOHNSON, Corrections Officer,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-00-277-2)

―――――――――

Submitted:  October 26, 2000          Decided:  November 2, 2000

―――――――――

Before WIDENER, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Earl Sand, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl Sand appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sand v. Steele, No. CA-00-277-2 (E.D. Va. May 15, 2000).[*] We deny Sand's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Sand's statement in the complaint that he had not pursued a grievance procedure was relied on by the district court in dismissing the complaint. However, Sand enclosed two documents with his notice of appeal suggesting that two of his institutional offenses have been expunged. Because the district court's dismissal was without prejudice, Sand is free to file a new complaint as to any expunged offenses.

2